UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80307-CIV-MIDDLEBROOKS/JOHNSON

DAVID FENNELL; DAVID E. FENNELL
LIVING TRUST,

    Plaintiff,

v.

ROYAL PALM CAPITAL GROUP, INC.,
a Florida corporation and BERRY-SHINO
SECURITIES INC., an Arizona corporation,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## FINAL JUDGMENT

THIS CAUSE comes before the Court pursuant to Fed. R. Civ. P. 58 and this Court's Order granting Plaintiff's Motion for Summary Judgment issued October 30, 2006, and for good cause shown. It is hereby

ORDERED AND ADJUDGED that Final Judgment shall be entered in favor of Plaintiff and against Defendant Royal Palm Capital Group upon the Complaint herein. The Court retains jurisdiction for the purpose of awarding costs and fees. It is further ORDERED, that the Clerk of Court shall CLOSE this CASE, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 31st day of October, 2006.

                                            DONALD M. MIDDLEBROOKS
                                            UNITED STATES DISTRICT JUDGE

copies to counsel of record